# Exhibit 2

Filed under seal pursuant to Local Rule 5